

1 Matthew A. Silverman (018919)
2 Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3 3636 North Central Avenue
Suite 1050
4 Phoenix, AZ 85012
(602) 230-8726
5

**Dated: September 10, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

6 Attorneys for Movant,
Wells Fargo Bank, NA, its assignees and/or successors
7

8 UNITED STATES BANKRUPTCY COURT

9 FOR THE DISTRICT OF ARIZONA

10 PHOENIX DIVISION
11

12 In re: ) In Proceedings Under
13  )
Virginia Spencer, Paul Spencer, ) Chapter 7
14 )
  ) Case No. 10-22440-GBN
15 Debtors. )
16 _____ )
Wells Fargo Bank, NA, its assignees and/or ) **ORDER TERMINATING**
17 successors, ) **AUTOMATIC STAY**
  )
18 Movant, )
  )
19  v. )
  )
20 Virginia Spencer, Paul Spencer, Debtors; and )
Lothar Goernitz, Chapter 7 Trustee, )
21  )
22 Respondents. )
  )
23 )
  )
24 _____ )

25

26 Wells Fargo Bank, NA ("Movant"), having filed a Motion for Relief from the Automatic
27 Stay with respect to the hereinafter-described property after appropriate notice and opportunity
28 for a hearing, no party in interest having objected to such relief, the Respondents having failed
29 to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 2946 East Dolphin Avenue, Mesa, AZ 85204, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE